**Loretta Franke, Plaintiff-Appellee, v. William Franke, Defendant-Appellant.**

Gen. No. 66–72.

Third District.

October 3, 1967.

Galowich & Galowich, of Joliet, and Miller, Schneider & Galasso, of Chicago, for appellant; Gray, Thomas, Wallace & Feehan, of Joliet, for appellee. Opinion by JUSTICE CORYN. Not to be published in full.